%JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  _II_          **Investigating Agency**  _FBI_

**City**   _Boston_                    **Related Case Information:**

**County**   _Suffolk_          Superseding Ind./ Inf.   _X_          Case No.   _23-CR-10253-FDS_
                               Same Defendant   _X_          New Defendant _____
                               Magistrate Judge Case Number   _23-MJ-8178-PGL_
                               Search Warrant Case Number   _23-MJ-8180-PGL_
                               R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name   _Amani Battle_                    Juvenile:   ☐ Yes  ☑ No

          Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name   _____

Address          (City & State)  _Boston, MA_

Birth date (Yr only): _2003_   SSN (last4#): _1634_   Sex _M_     Race: _____   Nationality: _____

**Defense Counsel if known:**   _Scott Lauer_          Address  _____

**Bar Number**   _____

**U.S. Attorney Information:**

**AUSA**   _Sarah Hoefle_                    Bar Number if applicable   _____

**Interpreter:**   ☐ Yes  ☑ No          List language and/or dialect:  _____

**Victims:**   ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

     ☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**   _____

☑ Already in Federal Custody as of          _05/15/2023_          in   _Wyatt Detention Facility_   .
☐ Already in State Custody at  _____   ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:  _____   on  _____

**Charging Document:**   ☐ Complaint          ☑ Information          ☐ Indictment

**Total # of Counts:**   ☐ Petty ——  ☐ Misdemeanor ——  ☑ Felony   _3_

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   _05/22/2024_          Signature of AUSA:   _/s/Sarah Hoefle_

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):        23-CR-10253-FDS

**Name of Defendant**    Amani Battle

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 841(a)(1) | Possession with intent to distribute and distribution of 400 grams or more of fentanyl | 1 |
| Set 2  18 U.S.C. § 922(o) | Transfer and Possession of a Machinegun | 2 |
| Set 3  18 U.S.C. § 922(a)(1)(A) | Engaging in the Business of Dealing in Firearms Without a License | 3 |
| Set 4  21 U.S.C. § 853 | Forfeiture allegation | |
| Set 5  18 U.S.C. § 924(d); 28 U.S.C. § 2461(c) | Firearm Forfeiture Allegation | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013